IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROFESSIONAL BUILDING SYSTEMS, INC. And CUSTOM BUILDING SYSTEMS LLC, | : : : : | 4:CV-07-2203 |
| Plaintiffs | : : | (Judge McClure) |
| v. | : : | |
| DOUGLAS W. STRINGER, | : : | |
| Defendant | : | |

## TEMPORARY RESTRAINING ORDER

AND NOW, this  5th  day of  December , 2007, upon consideration of the Verified Complaint, Verified Motion for <u>Ex</u> <u>Parte</u> Order, supporting Affidavit, and the brief submitted by Plaintiffs in support of their request, and having determined that:

1.  Plaintiffs will suffer immediate and irreparable harm and loss if Defendant is permitted to:

    (a)  utilize or reveal any confidential business records of Plaintiffs that Defendant obtained through his employment with Plaintiff Custom Building Systems LLC;

    (b)  utilize or reveal the business records of Plaintiffs which have been converted by Defendant for his own use;

    (c)  alter, destroy, or tamper with Plaintiffs' business records; and,

    (d)  conceal from Plaintiffs the electronic records of Plaintiffs taken by Defendant;

  2.  Plaintiffs have no adequate remedy at law.

  3.  Plaintiffs are likely to prevail on the merits of their claims;

  4.  Emergency injunctive relief is necessary and appropriate to preserve the status quo pending a hearing to consider Plaintiffs' request for preliminary injunctive relief;

  5.  Defendant will not suffer substantial harm from the grant of the requested relief and any harm which would be so suffered is strongly outweighed by the harm which would be suffered by Plaintiffs absent the grant of the requested relief;

  6.  The public interest would not be harmed by the grant of the requested relief;

  7.  The relief requested is reasonably suited to ensure the protection of the parties; and,

  8.  Emergency relief without notice to Defendant, and pending a hearing to consider Plaintiffs' Motion for Preliminary Injunction, is appropriate and necessary to preserve the legitimate interests of Plaintiffs.

**IT IS ORDERED AND DECREED THAT**:

1. Defendant is hereby enjoined and restrained as follows:

    a. Defendant shall not use or disclose, in any way outside of the scope of his employment with Custom Building Systems LLC, Plaintiffs' business records, drawings and documents stored in AutoCad™, technical drawings, system drawings, calculations manual, and other trade secrets and confidential business information of Plaintiffs;

    b. Defendant shall not destroy, dispose of, or alter any records in his possession, in any form, which contain Plaintiffs' business records, drawings and documents stored in AutoCad™ technical drawings, system drawings, calculations manual, and other trade secrets and confidential business information of Plaintiffs;

    c. Defendant shall not delete, copy, modify or alter in any way, any records, files, and other information contained on the hard drives of any computers owned, possessed and/or controlled by him which contain Plaintiffs' business records, drawings and documents stored in AutoCad™, technical drawings, system

    drawings, calculations manual, and other trade secrets and confidential business information of Plaintiffs.

2. Plaintiffs are granted leave to commence discovery immediately.

3. This Order is conditional upon Plaintiffs' posting of a bond in the amount of $50,000.00 within two business days of the filing of this Order.

4. This Order shall remain in effect in full force for ten (10) days unless otherwise extended or shortened by further Order of the Court or agreement of the parties.

5. A hearing shall be held at **11:00 a.m. on Monday, December 10, 2007**, in Courtroom No. 3, Third Flood, Federal Building, 240 West Third Street, Williamsport, Pennsylvania, to consider the merits of Plaintiffs' Motion for Preliminary Injunction.

          s/ James F. McClure, Jr.
          James F. McClure, Jr.
          United States District Judge